AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DR. KARL VON BATTEN

*Plaintiff(s)*

v.

Sahara Reporters Media Group, Inc.
Ademola Wasiu Olalekan Bello
Laolu Akande
Channels Incorporated Limited

*Defendant(s)*

Civil Action No. 26-cv-3209

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADEMOLA WASIU OLALEKAN BELLO
1698 Remsen Ave, Unit 4E
Brooklyn, NY 11236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DR. KARL VON BATTEN
Plaintiff, Pro Se
1300 Pennsylvania Avenue NW, Suite 701
W ashington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/21/2026

Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DR. KARL VON BATTEN

*Plaintiff(s)*

v.

Sahara Reporters Media Group, Inc.
Ademola Wasiu Olalekan Bello
Laolu Akande
Channels Incorporated Limited

*Defendant(s)*

Civil Action No. 26-cv-3209

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAHARA REPORTERS MEDIA GROUP, INC.146 West 29th Street, Suite 7E
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DR. KARL VON BATTEN
Plaintiff, Pro Se
1300 Pennsylvania Avenue NW, Suite 701
W ashington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/21/2026

Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DR. KARL VON BATTEN<br>*Plaintiff(s)*<br>v.<br>Sahara Reporters Media Group, Inc.<br>Ademola Wasiu Olalekan Bello<br>Laolu Akande<br>Channels Incorporated Limited<br>*Defendant(s)* | ) | Civil Action No. 26-cv-3209 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHANNELS INCORPORATED LIMITED
doing business as Channels Television
44–48 Channels TV Avenue
Isheri North
Lagos State
Nigeria

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DR. KARL VON BATTEN
Plaintiff, Pro Se
1300 Pennsylvania Avenue NW, Suite 701
W ashington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/21/2026

Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DR. KARL VON BATTEN

*Plaintiff(s)*

v.

Sahara Reporters Media Group, Inc.
Ademola Wasiu Olalekan Bello
Laolu Akande
Channels Incorporated Limited

*Defendant(s)*

Civil Action No. 26-cv-3209

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OLAOLU J. AKANDE AKA LAOLU AKANDE AKA PASTOR LAOLU AKANDE
307 W Elizabeth Ave #435
Linden, NJ 07036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DR. KARL VON BATTEN
Plaintiff, Pro Se
1300 Pennsylvania Avenue NW, Suite 701
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 9/21/2026

Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*